UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE PACKAGED ICE ANTITRUST
LITIGATION

Case No. 08-MD-01952

Paul D. Borman
United States District Judge

INDIRECT PURCHASER ACTION

R. Steven Whalen
United States Magistrate Judge

_____

WAYNE STANFORD,

        Plaintiff,

Case No. 10-11689

Paul D. Borman
United States District Judge

v.

R. Steven Whalen
United States Magistrate Judge

KEITH CORBIN, et al.,

        Defendants.
_____/

ORDER (1) STRIKING THE INDIRECT PURCHASER PLAINTIFFS' AND WAYNE
STANFORD'S OBJECTIONS TO THE MAGISTRATE JUDGE'S DECEMBER 13, 2010
ORDER AND
(2) SUA SPONTE SETTING A DATE FOR A HEARING ON THE PROPRIETY OF
REPRESENTATION OF MULTIPLE DEFENDANTS BY ONE SET OF ATTORNEYS FROM
JONES DAY AND DYKEMA; ALL DEFENDANTS, INDIVIDUAL AND CORPORATE,
ARE REQUIRED TO BE PRESENT AT THE HEARING

      This matter is before the Court on the Indirect Purchaser Plaintiffs' and Wayne Stanford's

Objections to Magistrate Judge R. Steven Whalen's December 13, 2010 Opinion and Order Denying

Disqualification. (Dkt. No. 305 in Case No. 08-1952 and Dkt. No. 40 in Case No. 10-11689.)

      The Court strikes as late (beyond 14 days) the Indirect Purchaser Plaintiffs' and Wayne

1

Stanford's Objections (filed on December 30, 2010) to the Magistrate Judge's December 13, 2010 Opinion and Order Denying Motion to Disqualify Jones Day and Dykema Attorneys (Dkt. No. 304 in Case No. 08-1952 and Dkt. No. 39 in Case No. 10-11689).

     The Court, sua sponte, sets a hearing for February 2, 2011 at 10:30 a.m. on the issue of the propriety of representation by one set of attorneys, Jones Day and Dykema, of all multiple Defendants in a single case. *See* Mich. Rule Prof. Conduct 1.7. All Defendants, individual and corporate, are required to be present. Counsel for Defendants shall provide to the Court, in advance of the hearing, a copy of their retainer agreements with the Defendants.

                                                    S/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 7, 2011.

                                                   S/Denise Goodine
                                                   Case Manager